IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK MARTINEZ,

    Plaintiff,

vs.                              No. CIV 15-831 JCH/WPL

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

    Plaintiff Frank Martinez and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

VOORHEES LAW FIRM, PC

*/s/ Electronic approval November 17, 2016*
SCOTT F. VOORHEES
411 St. Michaels Dr. #1
PO Box 6340
Santa Fe, NM 87502
Telephone: (505) 820-3302
Facsimile: (505) 820-3310
*Attorney for Plaintiff Frank Martinez*

-and-

DAMON P. MARTINEZ
United States Attorney

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER

Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Fax: (505) 346-7205
Erin.Langenwalter@usdoj.gov
*Attorney for Defendant United States*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2016, I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:

  For Plaintiff:   Scott Voorhees voorhees@cybermesa.com

                                         */s/ Erin E. Langenwalter*
                                         ERIN E. LANGENWALTER
                                         Assistant United States Attorney